

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AZAR STAFFELD f/k/a AZAR SADEGHI,

    Plaintiff,

-v-

U.S. OFFICE OF PERSONNEL MANAGEMENT,
RETIREMENT APPEAL OFFICE
1900 EAST STREET, RM 3449
WASHINGTON, DC 20415-355

    Defendant.

Case: 2:20-cv-11085
Judge: Friedman, Bernard A.
MJ: Grand, David R.
Filed: 03-18-2020 At 12:41 PM
CMP AZAR STAFFELD V US OFFICE OF
PERSONNEL MANAGEMENT (SS)

_____/

AZAR STAFFELD
Plaintiff, *Pro Se*
341 Corrie Road
Ann Arbor, MI 48105
(734) 904-1010

_____/

## COMPLAINT

NOW COMES Plaintiff, AZAR STAFFELD f/k/a AZAR SADEGHI, and for her Complaint against U.S. OFFICE OF PERSONNEL MANAGEMENT, provides as follows:

1. Plaintiff, AZAR STAFFELD f/k/a AZAR SADEGHI, is an adult resident of the State of Michigan who currently resides at 341 Corrie Road, Ann Arbor, MI 48105.

2. Defendant, U.S. OFFICE OF PERSONNEL MANAGEMENT (hereafter "OPM"), is an independent agency of the United States Federal Government that manages the government's civilian workforce. The agency provides federal human resources policy, oversight and support, administers healthcare, life insurance and retirement benefits for federal government employees, retirees and their dependents, annuity of retirees and

1

adjudicates federal employee regular and disability retirement cases.

3. This Court has jurisdiction in the instant matter as this case involves a claim in which an agency of the United States Federal Government is a party, involves issues concerning federal retirement benefits which originate according to federal law, and seeks to compel specific performance of a determination and ruling by a federal Administrative Law Judge.

4. Venue properly rests in this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this claim occurred within this judicial district.

5. Plaintiff worked from September of 2003 to May of 2011 as an Adjudicator for Social Security Administration, a branch of federal government which the retirement and disability is administered by OPM.

6. In December of 2010 and April of 2011, Plaintiff suffered two debilitating strokes which rendered her physically and mentally unable to work.

7. Defendant, OPM, approved Plaintiff (who at that time was known as Azar Sadeghi) for annuity benefits in February of 2012 as a result of Plaintiff's malady as outlined above.

8. Approximately one month later, in or around March of 2012, OPM began to pay Plaintiff annuity benefits of approximately $2,800.00 per month.

9. Plaintiff also applied for Social Security disability benefits in May of 2011 and September of 2014; Plaintiff's 2011 disability claim was denied and her 2014 disability claim was granted.

10. As a result of Plaintiff initially becoming approved for Social Security disability

benefits, the amount of the OPM annuity benefit was decreased from $2,800.00 per month to $954.00 per month for the time period September of 2014 to November of 2018.

11. Plaintiff started to receive Social Security disability benefits in June of 2016. However, in October of 2018, Social Security Administrative Law Judge Matulewicz invalidated his previous findings and related determination, and subsequently ruled without cause that Plaintiff was not disabled.

12. As a result, Social Security Administration determined (albeit incorrectly) that Plaintiff was paid in excess of what she was lawfully entitled to and wants its money back as of October 2018.

13. Plaintiff requested reinstatement of her OPM annuity benefits to the full amount as a result of Social Security Administrative Law Judge Matulewicz's decision and it was granted.

14. OPM assessed an overpayment of approximately $35,000.00 to the Plaintiff claiming receipt of full benefits from both Social Security and OPM. However, OPM Administrative Law Judge Honorable Georgia Vlahos granted Plaintiff's appeal as OPM's claim of overpayment was not substantiated. Honorable Georgia Vlahos also ordered OPM to investigate the exact amount of UNDERPAYMENT DUE TO THE PLAINTIFF about a year ago and release said amount to the Plaintiff.

15. As a result of Plaintiff's s--uccessful OPM appeal, there is an unjustified overpayment assessed to Plaintiff that has now been set aside.

3

16. Plaintiff has been experiencing a financial hardship due to OPM's unjustifiable delay in releasing the underpayment amount due to Plaintiff for the three years and one month that is due to Plaintiff.

17. The amount of underpayment is approximately $94,770.00.

18. To avoid injustice, Plaintiff respectfully asks this Honorable Court to specifically enforce OPM Administrative Law Judge Honorable Georgia Vlahos's decision and ruling.

19. Plaintiff is entitled to an order compelling specific performance by Defendant to release the underpayment amount due to Plaintiff or, alternatively, for a judgment in her favor in the amount the underpayment plus court costs and expenses for having to bring this action.

WHEREFORE, Plaintiff, AZAR STAFFELD f/k/a AZAR SADEGHI, respectfully requests the Court to enter an order compelling specific performance by Defendant, U.S. OFFICE OF PERSONNEL MANAGEMENT, to release the underpayment amount due to Plaintiff in the amount of $94,770.00 forthwith, or, alternatively, or, in the alternative, enter a Judgment against Defendant for whatever amount of damages in excess of $75,000 which Plaintiff is found to be entitled, plus interest and costs.

Respectfully submitted,

BY: Azar Staffeld
Azar Staffeld
Plaintiff, *Pro Se*

Dated: March 18, 2020

4

# CIVIL COVER SHEET

S 44  (Rev. 02/19)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

AZAR Staffeld

**(b)** County of Residence of First Listed Plaintiff   Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

N/A proper

## DEFENDANTS

Office of personnel management, OPM
D.C.

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NO1

Att

Case: 2:20-cv-11085
Judge: Friedman, Bernard A.
MJ: Grand, David R.
Filed: 03-18-2020 At 12:41 PM
CMP AZAR STAFFELD V US OFFICE OF
PERSONNEL MANAGEMENT (SS)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [X] 2  U.S. Government Defendant
- [X] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[X] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1345 & 1348 / 899

Brief description of cause:  Release of UNDERPAYMENT

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   $94,770.-

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

PURSUANT TO LOCAL RULE 83.11

1.　　　Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　　Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

Azar Staffeld
341 Corrie Rd.
Ann Arbor, mi 48105





US Federal District Court
Eastern District Court
231 W. Lafayette Blvd
Detroit, MI 48226

