Azar Staffeld
341 Corrie Road
Ann Arbor, Michigan 48105
(734)904-1010
azarstaffeld@gmail.com




February 23, 2021

Honorable Judge Bernard A. Friedman
U.S. District Court for the Eastern District of Michigan

Dear Honorable Judge Friedman,

With all due respect, I would like to withdraw my claim and case number: 20-11085. The Defendant finally answered me, subsequent to filing this claim and deposited the funds that were due to me into my account.

Therefore, the case is now moot and I have no further claim against the Office of Personnel Management.

Respectful I remain,

Azar Staffeld fka Sadeghi


341 Carrie Rd
A², mi 48105
U.S. MARSHALS
Honorable Judge Bernard A. Friedman
U.S. District Court
231 W. Laffayette Blvd
Detroit, mi 48226
RECEIVED
MAR 11 2021
BERNARD A. FRIEDMAN
U.S. DISTRICT JUDGE
WOMEN VOTE
19th AMENDMENT
FOREVER USA